UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| SHEILA MCMATH, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:15CV853 AGF |
| BETTY CAMPBELL, et al., | ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

Before the Court is plaintiff Sheila McMath's pro se motion for recusal. In her motion, plaintiff states that she needs to file for "protection" against "terrorists/harassment."

This matter was dismissed for lack of federal court jurisdiction on June 9, 2015. Plaintiff appealed the dismissal of this action to the Eighth Circuit Court of Appeals, and the Eighth Circuit dismissed plaintiff's appeal for lack of jurisdiction on September 29, 2015. Plaintiff's case before this Court is closed, and as such, plaintiff's request for recusal is moot.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's request for recusal [Doc. #12] is **DENIED AS MOOT.**

Dated this 1st day of October, 2015.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE